19718—Industrial Commission v. John Warren; error

to Cuyahoga Appeals. Judg. reversed. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 3-26-26, 4 Abs. 223.